ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/13/24

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------
SAVANNAH MIDSTREAM INVESTMENT
LIMITED,

                        Petitioner,      23 Civ. 7771 (LLS)

        - against -                            ORDER

CITIBANK, N.A. AND CITIGROUP, INC.,

                        Respondents.
------------------------------------
```

The Court of Appeals having issued its mandate (Dkt. No. 34) vacating this Court's injunction (Dkt. No. 30) for lack of jurisdiction, the injunction is vacated and the case is closed.

So ordered.

Dated:   New York, New York
         September 13, 2024

*Louis L. Stanton*
LOUIS L. STANTON
U.S.D.J.